

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. PD-1087-14

**IKE ANTYON BRODNEX, Appellant**

**v.**

**THE STATE OF TEXAS**

### ORDER TO DETERMINE REPRESENTATION MIDLAND COUNTY

*Per curiam.*

## O R D E R

Appellant appealed his conviction in cause number CR-38804 from the 385th District Court of Midland County. The Court of Appeals affirmed. *Brodnex v. State*, No. 11-1200076-CR (Tex. App.–Eastland July 17, 2014). This Court granted review of Appellant's case on our own motion on November 5, 2014. Appellant is entitled to representation before this Court at this time. *See* Article 1.051(a)(d)(2), V.A.C.C.P. Accordingly, the trial court is ordered to determine if Appellant is currently represented

by counsel, and if so, to inform this Court who represents Appellant. If Appellant is not currently represented by counsel and desires counsel, the trial court must first determine whether Appellant is indigent. If the trial court finds Appellant is indigent, that court shall appoint an attorney to represent Appellant before this Court in regard to PD-1087-14 in accord with the provisions of Articles 1.051 and 26.04, V.A.C.C.P. Any hearing conducted pursuant to this order shall be held within 30 days of the date of this order. The trial court's order appointing counsel, any findings of fact, affidavits, or transcription of the court reporter's notes and any other supplementation of the record shall be returned to this Court within 45 days of the date of this order.

Entered November 5, 2014.
Do Not Publish.